■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREL ISSAC, Also Known as DARREL ISAAC, Appellant. [696 NYS2d 142] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered November 4, 1996, convicting defendant, after a jury trial, of robbery in the first degree (2 counts), robbery in the second degree (2 counts) and resisting arrest, and sentencing him, as a second felony offender, to two concurrent terms of 12½ to 25 years concurrent with two concurrent terms of 7½ to 15 years and a term of 1 year, respectively, unanimously affirmed.

The court properly denied defendant's *Batson* challenge (*see, People v Payne*, 88 NY2d 172, 183-184). The record clearly reveals that the prosecutor had a race-neutral, nonpretextual

reason for challenging a prospective juror who believed that his brother had been wrongly convicted of a crime (*see, People v Roberts*, 208 AD2d 410). Since the record is sufficient to establish that defendant's *Batson* claim was patently lacking in substance, we find that defendant was not prejudiced by the abbreviated manner in which the court conducted the *Batson* proceeding (*see, People v Billini*, 257 AD2d 513, *lv denied* 93 NY2d 922).

We have considered and rejected defendant's remaining claims, including those contained in his *pro se* supplemental brief. Concur—Sullivan, J. P., Nardelli, Williams, Rubin and Andrias, JJ.